FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 18 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER WOODS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KIMBERLY-CLARK )<br>CORPORATION, )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION FILE NO.<br>1:06-CV-2147-RWS-LTW |

## ORDER OF DISMISSAL

**HAVING CONSIDERED** the parties' *Stipulation and Joint Motion for Dismissal with Prejudice,* jointly filed by Plaintiff Christopher Woods and Defendant Kimberly-Clark Corporation, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii),

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, with the parties to bear their respective costs and attorneys' fees.

Done in chambers this _18th_ day of _July_, 2007.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE